UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FREEDOM MORTGAGE CORPORATION,
                Plaintiff,

        -against-

MICHELLE HEIRS,
                Defendant.
-------------------------------------------------------------X

19 CIVIL 1273 (KMK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 6, 2020, Plaintiff's Motion for Summary Judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
         July 6, 2020

                                           **RUBY J. KRAJICK**
                                                **Clerk of Court**
                    BY:
                                                **Deputy Clerk**